

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Brian Biggs
Brian.Biggs@us.dlapiper.com
T   302.468.5661
F   302.778.7813

April 5, 2024
*VIA CMECF AND HAND DELIVERY*

District Judge Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17 Room 6312
Wilmington, DE 19801-3555
Courtroom: 6D

**Re:    Taiho Pharm. Co. v. MSN Laboratories Private Ltd. et al., C.A. No. 19-2342;**
**Taiho Pharm. Co. v. Natco Pharma Ltd. et al., C.A. No. 19-2368**
**Settlement by Natco Defendants**

Dear Judge Hall:

As counsel previewed during the pretrial conference, Taiho and the Natco defendants have resolved their disputes and intend to file stipulations of dismissal in the coming days.  The case against the MSN defendants (C.A. No. 19-2342) remains for the bench trial starting on April 8, 2024.

At the pretrial conference, the Court provided the parties with 11 hours per side to conduct the consolidated trial against MSN, Natco, and Eugia, and asked that if any parties settle, that the parties provide the Court a proposal for an appropriate amount of time for what remains. Following the settlement of the Eugia defendants, the Court reduced the time per side to 9.5 hours.  C.A. No. 19-2342-JLH, D.I. 243.

Taiho and the MSN defendants have met and conferred regarding the appropriate amount of time for the remaining disputes.  The parties jointly request 6 hours per side for trial.

Counsel is available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Brian A. Biggs*

Brian A. Biggs (DE Bar No. 5591)