# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATCO PHARMA LTD. and NATCO PHARMA, INC., <br><br> Defendants. | C.A. No. 19-2368-JLH |
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATCO PHARMA LTD. and NATCO PHARMA, INC., <br><br> Defendants. | C.A. No. 22-1480-JLH |
| TAIHO PHARMACEUTICAL CO., LTD. and TAIHO ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE INC., <br><br> Defendant. | Civil Action No. 21-838-CFC (consolidated) <br><br> ANDA CASE |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a) and 41(c), and by agreement between Plaintiffs Taiho Pharmaceutical Co., Ltd. and Taiho Oncology, Inc. (collectively, "Taiho") and Defendants Natco Pharma Ltd. and Natco Pharma, Inc. (collectively, "Natco," and together with Taiho, the "Parties"), the Parties, by and through their undersigned counsel, **HEREBY STIPULATE AND AGREE:**

1. All claims, counter-claims, and defenses asserted by the Parties against each other in the above captioned actions are **DISMISSED WITH PREJUDICE**;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby; and

3. The U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes relating to the Parties' resolution of the above-captioned actions.

Dated: April 5, 2024                                              Respectfully submitted,

**DLA PIPER LLP (US)**

| | |
|---|---|
| */s/ Brian A. Biggs* | */s/ Steven J. Fineman* |
| Brian A. Biggs (Bar No. 5591) | Steven J. Fineman (#4025) |
| Angela C. Whitesell (Bar No. 5547) | Kelly E. Farnan (#4395) |
| Erin E. Larson (Bar No. 6616) | Richards, Layton & Finger, P.A. |
| 1201 North Market Street, Suite 2100 | One Rodney Square |
| Wilmington, DE 19801-1147 | 920 North King Street |
| Tel: (302) 468-5700 | Wilmington, DE 19801 |
| brian.biggs@us.dlapiper.com | (302) 651-7700 |
| angela.whitesell@us.dlapiper.com | fineman@rlf.com |
| erin.larson@us.dlapiper.com | farnan@rlf.com |
| | |
| *Attorneys for Plaintiffs Taiho Pharmaceuticals, Co., Ltd. and Taiho Oncology, Inc.* | *Attorneys for Defendants Natco Pharma Ltd. and Natco Pharma, Inc.* |

SO ORDERED this  11th  day of April, 2024.

                                           _____
                                           THE HONORABLE JENNIFER L. HALL
                                           UNITED STATES DISTRICT JUDGE

ACTIVE\1608711255.1